# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00373-CV

Archco Superior Construction, LLC, and Jeremy Archer, Appellants

v.

ACT Global Americas, Inc., Appellee

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-004557
### THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants' brief was originally due on August 13, 2018. On August 15, 2018, this Court sent a notice to appellants informing them that their brief was overdue and that a failure to file a satisfactory response by August 27, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellants have not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed: September 7, 2018